**Bobby O. FOSTER, Jr., Petitioner— Appellant,**

v.

**D. DREW, Warden, FCI Bennettsville, Respondent—Appellee.**

No. 09–6708.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Jan. 11, 2010.

Bobby O. Foster, Jr., Appellant Pro Se.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby O. Foster, Jr., appeals the district court's order denying his 28 U.S.C. § 1651 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Foster v. Drew,* No. 3:09–cv–00118–GCM (W.D.N.C. Mar. 25, 2009). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*